*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-09-00585-CR

Michael Anthony **BARQUIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 272815
Honorable Brenda Chapman, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  November 18, 2009

DISMISSED

      Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

The motion is granted and this appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).


                         PER CURIAM

DO NOT PUBLISH